UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-24941-CIV-ALTONAGA

**GUILLERMO VARGAS GOMEZ**,

    Petitioner,

v.

**CHARLES PARRA, IN HIS OFFICIAL CAPACITY AS ASSISTANT FIELD OFFICE DIRECTOR, KROME NORTH SERVICE PROCESSING CENTER**, *et al.*,

    Respondents.
_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** came before the Court *sua sponte*. On October 24, 2025, Petitioner, Guillermo Vargas Gomez filed a Petition for Writ of Habeas Corpus [ECF No. 1], challenging his detention in the Krome Detention Center in Miami, Florida. (*See generally id.*).

Being fully advised, it is

**ORDERED** as follows:

1. Counsel for Respondents shall notify the Court of receipt of this Order and the name of the Assistant United States Attorney to whom the case is assigned.

2. On or before **October 31, 2025**, Respondents shall file a memorandum of fact and law ("response") to show cause why the Petition should not be granted and shall file all documents and transcripts necessary for resolution of the Petition. *See* 28 U.S.C. § 2243 (requiring a response to an order to show cause "be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed").

CASE NO. 25-24941-CIV-ALTONAGA

3. Counsel for Respondents is instructed to caption the response a "response" and not a "motion to dismiss."

**DONE AND ORDERED** in Miami, Florida, this 28th day of October, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record